FARMERS FEDERATION, INC., v. W. S. LOCKMAN, JR., AND
GRANT PHILLIPS.

(Filed 19 December, 1930.)

APPEAL by defendant Lockman from *Moore, J.,* at April-May Term,
1930, of HENDERSON. No error.

*Joseph W. Little for appellant.*

PER CURIAM. Plaintiff brought suit to recover $490.09 of the de-
fendant Lockman for goods sold and delivered. Lockman admitted that
he was due the plaintiff $352.80. The controversy between the plaintiff
and Lockman was reduced to an issue of fact which was submitted to
the jury under instructions free from error and answered in favor of
the plaintiff.

We find no error in sustaining the demurrer of the defendant, Grant
Phillips, to the answer of his codefendant.